# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  13-cv-00029-LTB-MEH

CRISS SARGENT,

       Plaintiff,

v.

COLLECTO, INC., a Massachusetts corporation,

       Defendant.

_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 8 - filed April 26, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:    April 29, 2013